# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| INGINIO HERNANDEZ,<br><br>　　　　　　Plaintiff,<br>v.<br>BOB FAULKNER, *et al.*,<br>　　　　　　Defendants. | Case No. 3:24-cv-00278-ART-CLB<br><br>**ORDER FOR PLAINTIFF TO IDENTIFY INTERPRETATION LANGUAGE BY JANUARY 30, 2025** |

Plaintiff Inginio Hernandez filed this pro se civil-rights action under 42 U.S.C. § 1983. On December 11, 2024, the Court ordered that this action would proceed against Nurse Gayline only. (ECF No. 9.) The Court stayed this action for 90 days and stated that the case would be referred to the Court's Inmate Early Program. (*Id.*) The Court also ordered that, if Plaintiff needs an interpreter to participate in the mediation program, Plaintiff will file a notice identifying the need and the interpretation language. (*Id.* at 2.)

Plaintiff has filed a Notice stating that he needs an interpreter to participate in the mediation program, but Plaintiff does not identify the interpretation language he needs. **The Court cannot arrange an interpreter for Plaintiff unless Plaintiff identifies the interpretation language he needs.**

**IT IS THEREFORE ORDERED** that Plaintiff must file a Notice with the Court to identify the interpretation language he needs by **January 30, 2025**.

**IT IS FURTHER ORDERED** that, if Plaintiff does not comply with this Order, he may not be able to participate in the mediation program, as it would be a waste of time and resources to arrange a mediation where the parties will not be able to communicate.

**IT IS FURTHER ORDERED** that, to the extent that Plaintiff's Notice requesting an interpreter is docketed as a Motion, that Motion (ECF No. 11) is **GRANTED**.

**DATED**: January 16, 2025.

_____
**UNITED STATES MAGISTRATE JUDGE**