**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| INGINIO HERNANDEZ,<br><br>                    Plaintiff,<br>      v.<br><br>BOB FAULKNER, *et al.*,<br><br>                    Defendants. | Case No. 3:24-cv-00278-ART-CLB<br><br>**ORDER** |

    Plaintiff Inginio Hernandez filed this pro se civil-rights case under 42 U.S.C. § 1983. On December 11, 2024, the Court ordered that this case would proceed against Nurse Gayline only, stayed the case for 90 days, and stated that it would refer this case to the Court's Inmate Early Mediation Program in a separate order. (ECF No. 9.) This order explicitly stated, "[d]uring this 90-day stay period and until the Court lifts the stay, no other pleadings or papers may be filed in this case, and the parties may not engage in any discovery, nor are the parties required to respond to any paper filed in violation of the stay unless specifically ordered by the Court to do so." (*Id.* at 1.)

    On February 27, 2025, Plaintiff filed a Motion to File an Amended Complaint (ECF No. 16 at 1–14) with a partial Application to Proceed *In Forma Pauperis* (*id.* at 23–26), a Motion to Appoint Counsel (*id.* at 15–17), documentation reflecting that he has difficulty speaking and reading English (*id.* at 19–22), and various exhibits. (*Id.* at 31–68.) This Motion and its attachments are in violation of the stay. Moreover, the Court has already noted that Plaintiff needs a Spanish language interpreter to participate in the mediation program. (*See* ECF No. 13.)

    To expeditiously move through the initial screening process and the mediation program, the Court denies any relief requested in Plaintiff's Motion and its attachments (ECF No. 16) without prejudice because they are in violation of the stay. If Plaintiff chooses to resubmit this Motion or any of the attached filings, he must wait until the Court issues an order lifting the stay.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to File an Amended Complaint, and its attachments (ECF No. 16), are **DENIED** without prejudice.

**IT IS FURTHER ORDERED** that the deadlines set forth in the December 11, 2024, order remain in effect.

**DATED**: February 28, 2025.

_____
**UNITED STATES MAGISTRATE JUDGE**