# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| INGINIO HERNANDEZ,<br><br>                 Plaintiff,<br><br>    v.<br><br>BOB FAULKNER, *et al.*,<br><br>              Defendants. | Case No. 3:24-CV-00278-ART-CLB<br><br>**ORDER STRIKING DISCOVERY DOCUMENTS**<br><br>[ECF No. 36] |

Plaintiff Inginio Hernandez ("Hernandez") filed a reply to the Court's scheduling order and discovery plan. (ECF No. 36.) Although it is not entirely clear why this document was filed, it appears Hernandez is seeking certain discovery from Defendants, such as prison records, and providing his own discovery to Defendants in the form of his initial disclosures. (*See id.*) This is improper. Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket, unless ordered by the Court. Local Rule 26-7; Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** Hernandez's reply to the Court's scheduling order and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

**IT IS SO ORDERED.**

    **DATED:** _January 5, 2026_____

_____
**UNITED STATES MAGISTRATE JUDGE**