AARON D. FORD
 Attorney General
HEIDI H. DEMERS, Bar No. 17034C
 Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1120
E-mail:  hdemers@ag.nv.gov

*Attorneys for Defendant Gaylene Fukagawa*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| INGINIO HERNANDEZ, | Case No. 3:24-cv-00278-ART-CLB |
|---|---|
| Plaintiff, | **ORDER GRANTING DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| RIGNEY, *et al*, | **(First Request)** |
| Defendants. | |

Defendant Gaylene Fukagawa, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Heidi H. Demers, Deputy Attorney General, Office of the Attorney General, hereby move this Court for an extension of time to file a Motion for Summary Judgment.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.      FACTUAL ANALYSIS**

This is a pro se prisoner 42 U.S.C. § 1983 civil rights claim brought by inmate, Inginio Hernandez (Hernandez). The Court entered a scheduling order with a discovery deadline of February 7, 2026, and a dispositive motion deadline of March 9, 2026.  ECF No. 32.

On January 23, 2026, Hernandez filed what appears to be a Motion for Leave to File a Second Amended Complaint. ECF No. 38. On January 28, 2026, Defendant filed her response in opposition to Hernandez's motion to amend his complaint. ECF No. 39. Then, on February 3rd, 2026, Hernandez filed a reply to Defendant's opposition to his motion for

leave to amend. ECF No. 42. As of today's date, it is possible Hernandez will be permitted leave to amend his complaint, and if leave is granted, it is likely the parties will need to reopen discovery in light of any new claims or defendants.

As such, Defendants now file a Motion for an Extension of Time to File a Motion for Summary Judgment (First Request) and request an additional forth-five (45) days to file their dispositive motion.

## II.    ARGUMENT

Defense counsel respectfully requests a forty-five (45) day extension of time to file Defendant's dispositive motion from the current deadline of March 9, 2026, until April 23, 2026.

Defense Counsel requests an additional forty-five (45) days for Defendants to file their dispositive motion in light of the possible need to reopen discovery pending the Court's decision regarding Hernandez's request to amend his complaint.

### A.    Current Deadlines

Dispositive motion deadline:                                    March 9, 2026

Joint pretrial order (if no dispositive motions filed): April 8, 2026

### B.    Proposed Deadlines

Dispositive motion deadline:                                    April 23, 2026

Joint pretrial order (if no dispositive motions filed): May 25, 2026[1]

### C.    Good Cause Supports this Request

Federal Rule of Civil Procedure 16(b) allows parties to request extensions of deadlines set in the Court's scheduling order. Defense Counsel needs additional time to be able to determine whether or not to request discovery be reopened should Hernandez be permitted to amend his complaint before submitting a Motion for Summary Judgment. Defendant asserts that the requisite good cause is present to warrant the requested extension of time.

---

[1] The 30th day falls on Saturday, May 23, 2026, therefore the date has been adjusted accordingly.

## III.    CONCLUSION

Defendant respectfully requests this Court extend the deadline for dispositive motions in this matter. Defendant asserts the requisite good cause is present to warrant an extension of time.  The request is timely. Therefore, the Defendant requests additional time, up until April 23, 2026, to file dispositive motions in this matter.

DATED this 23rd day of February 2026.

AARON D. FORD
Attorney General

By:    */s/ Heidi H. Demers*
HEIDI H. DEMERS, Bar No. 17034C
Deputy Attorney General

*Attorneys for Defendant*

**IT IS SO ORDERED.**

**DATED:** __February 24, 2026__

_____
UNITED STATES MAGISTRATE JUDGE