AARON D. FORD
  Attorney General
VICTORIA C. COREY (Bar No. 16364)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, Nevada 89119
(702) 486-0849 (phone)
(702) 486-3768 (fax)
Email: vcorey@ag.nv.gov

*Attorneys for Defendant Gaylene Fukagawa*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| INGINIO HERNANDEZ,<br><br>                    Plaintiff,<br><br>v.<br><br>RIGNEY, *et al*,<br><br>                    Defendants. | Case No. 3:24-cv-00278-ART-CLB<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT**<br><br>[ECF No. 55] |

Defendant, Gaylene Fukagawa, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Victoria C. Corey, Senior Deputy Attorney General, Office of the Attorney General, hereby moves this Court for an extension of time to file a Motion for Summary Judgment. This is Defendant's third request. Defendant's don't anticipate requesting another extension.

Federal Rule of Civil Procedure 6(b)(1) governs extensions of time and provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Defendants assert that good cause and excusable neglect are present here. Recently, Deputy Attorney General Kyle Hill took emergency FMLA leave last week, prompting the

Page **1**

Office of the Attorney General, and undersigned counsel, to monitor the 68 cases to which he is assigned, along with continuing to work and maintain the rest of the caseload assigned to me. Additionally, undersigned counsel has been having personal medical issues over the past few weeks, which has resulted in undersigned counsel having to take unexpected medical leave over several days during that time. We apologize for the need to request this extension, but under the circumstances, we request a three week extension in this matter, as it will allow Defendants and undersigned counsel the ability to provide a proper aa thorough response to the pending motions before the Court.

As such, Defendants respectfully ask this Court to move the deadline to file dispositive motions to **July 13, 2026**.

DATED this 23rd day of June, 2026.

AARON D. FORD
Attorney General

By:    */s/ Victoria C. Corey*
VICTORIA C. COREY, Bar No. 16364
Deputy Attorney General

*Attorneys for Defendant*

**IT IS SO ORDERED.**

**DATED:** June 23, 2026

_____
UNITED STATES MAGISTRATE JUDGE

Page **2**