**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

INGINIO HERNANDEZ,

Plaintiff,

v.

RIGNEY, *et al.*,

Defendants.

Case No. 3:24-CV-00278-ART-CLB

**ORDER GRANTING MOTION TO SEAL**

[ECF No. 58]

Before the Court is Defendants' motion for leave to file exhibit "B" under seal in support of their motion for summary judgment. (ECF No. 58.) The exhibit consists of Plaintiff's medical records. (*Id.*)

"A court may seal records only when it finds 'a compelling reason and articulate[s] the factual basis for its ruling, without relying on hypothesis or conjecture.'" *United States v. Carpenter*, 923 F.3d 1172, 1179 (9th Cir. 2019) (quoting *Ctr. for Auto Safety*, 809 F.3d at 1096-97) (alteration in original). Finding a compelling reason is "best left to the sound discretion" of the Court. *Ctr. for Auto Safety*, 809 F.3d at 1097 (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 599 (1978)).

Here, the exhibit Defendants seeks to seal contains information related to Plaintiff's sensitive health information and the need to maintain the confidentiality of these records provides a compelling basis to seal the exhibit. Therefore, Defendant's motion to seal, (ECF No. 58), is **GRANTED**.

**IT IS SO ORDERED.**

**DATED:** July 20, 2026

UNITED STATES MAGISTRATE JUDGE