**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

INGINIO HERNANDEZ,

Plaintiff,

v.

BOB FAULKNER, *et al.*,

Defendants.

Case No. 3:24-CV-00278-ART-CLB

**ORDER**

[ECF No. 64]

On September 2, 2026, Plaintiff Inginio Hernandez ("Hernandez") filed a document that appears to be seeking an extension of time. (ECF No. 64.) The filing is rambling and unclear as to why he is seeking an extension of time. (*See id.*) However, because the filing of this motion occurred days after the Court *sua sponte* extended the deadline for Hernandez to file an opposition to Defendants' motion for summary judgment, the Court construes Hernandez as seeking an extension of time to file his opposition.

Defendants filed their motion for summary judgment on July 13, 2026. (ECF No. 57.) On August 6, 2026, the Court *sua sponte* extended the deadline for Hernandez to file a response on or before August 28, 2026, which would be 46 days after the motion for summary judgment was filed. (ECF No. 63.) Based on Hernandez's *pro se* status, the Court will grant him **<u>one final</u>** extension of the deadline to file an opposition to Defendants' motion for summary judgment.

**IT IS THEREFORE ORDERED** that Hernandez's response to Defendants' motion for summary judgment, (ECF No. 57), is due on or before **Friday, September 25, 2026**. If Hernandez files a response, Defendants' reply will be due on or before **Friday, October 9, 2026**.

**IT IS FURTHER ORDERED** that <u>no further extensions of time will be granted</u>.

///

**IT IS SO ORDERED**.

**DATED**: September 4, 2026.

______________________________
**UNITED STATES MAGISTRATE JUDGE**