**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

INGINIO HERNANDEZ,

Plaintiff,

v.

BOB FAULKNER, *et al.*,

Defendants.

Case No. 3:24-CV-00278-ART-CLB

**ORDER RE OUTSTANDING REPORT AND RECCOMENDATION AND OBJECTIONS**

After entering the Order directing Defendants to file a reply to Plaintiff Inginio Hernandez's ("Hernandez") opposition to Defendants' motion for summary judgment, (ECF No. 67), the Court was made aware of multiple unresolved motions, Reports and Recommendations, and objections in this case. Of particular importance, the District Judge has not yet rendered a decision on the undersigned's March 2, 2026 Report and Recommendation to deny Hernandez's motion to amend his complaint, (ECF No. 38). (ECF No. 46.) If the District Judge sustains Hernandez's objections to the March 2, 2026 Report and Recommendation ("R&R"), (ECF No. 47), and allows amendment of the complaint, the nature of the case could shift significantly and thus require additional discovery. This. in turn, would render the current motion for summary judgment moot, would significantly alter the nature of litigation, and require the filing of new dispositive motions in the future.

Consequently, **IT IS THEREFORE ORDERED** that the Court's order directing Defendants' to file a reply to Plaintiff's opposition, (ECF No. 67), is hereby **WITHDRAWN**.

**IT IS FUTHER ORDERED** that Defendants' motion for summary judgment, (ECF No. 57), is **DENIED** without prejudice.

**IT IS FURTHER ORDERED** that Hernandez's "Motion," (ECF No. 66), is **DENIED** without prejudice.

**IT IS FURTHER ORDERED** that if the District Judge adopts the undersigned's

March 2, 2026 R&R, (ECF No. 46), Defendants may **REFILE** the motion for summary judgment within **30 days** of the entry of order adopting the R&R. Hernandez may then his opposition to Defendants' motion for summary judgment within **21 days** of the refiling of Defendants' motion for summary judgment.

**IT IS FURTHER ORDERED** that if the District Judge sustains Hernandez's objections to the undersigned's March 2, 2026 R&R, (ECF No. 46), the parties shall file an updated Discovery Plan and Scheduling Order within **30 days** of the entry of the decision to allow for additional discovery and rescheduling of all other deadlines.

**IT IS SO ORDERED**.

**DATED**: September 10, 2026.

**UNITED STATES MAGISTRATE JUDGE**