**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

INGINIO HERNANDEZ,

Plaintiff,

v.

BOB FAULKNER, *et al.*,

Defendants.

Case No. 3:24-CV-00278-ART-CLB

**ORDER TO FILE OPPOSITION OR RESPONSE TO MOTION FOR RECONSIDERATION**

On October 13, 2026, Defendants filed a motion for summary judgment. (ECF No. 71). An opposition or response to this motion was due on or before November 3, 2026. However, to date Plaintiff was given notice of the motion pursuant to the requirements of *Klingele v. Eikenberry*, 849 F.2d 409 (9th Cir. 1988), and *Rand v. Rowland*, 154 F.3d 952 (9th Cir. 1998). (ECF No. 66). To date, Plaintiff has failed to file an opposition.

The court will *sua sponte* grant Plaintiff an extension of time to **Tuesday, November 24, 2026** to file an opposition to the motion for summary judgment. No further extensions of time shall be granted. If Plaintiff fails to file an opposition, the motion will be submitted to the Court for decision.

**IT IS SO ORDERED.**

DATED: November 6, 2026

UNITED STATES MAGISTRATE JUDGE